UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, individually and on behalf of itself and the general public,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>Defendants. | Civil Action No. 04-10984-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance in the above-captioned action as counsel of record for Pfizer Inc and Parke-Davis, a division of Warner-Lambert Company.

Dated: June 8, 2004

David B. Chaffin
BBO# 549245
HARE & CHAFFIN
160 Federal Street
Boston, MA 02110
(617) 330-5000

## CERTIFICATE OF SERVICE

I certify that on this 8th day of June 2004, a true and correct copy of the foregoing document was served by mail on counsel of record for plaintiff.

David B. Chaffin