UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY, individually and on behalf of itself and the general public,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC. and PARKE-DAVIS, a division of Warner-Lambert Company,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10984-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' DISCLOSURE OF INTERESTED PERSONS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Defendant Pfizer Inc has no parent corporation, and no publicly held corporation owns 10% or more of Pfizer Inc's stock. The undersigned also certifies that following Pfizer Inc's acquisition of Warner-Lambert Company in June 2000, Warner-Lambert Company ceased to exist as a separate entity, and Warner-Lambert Company therefore does not have a parent corporation, and no publicly held corporation owns 10% or more of Warner-Lambert Company's stock.

Dated: June 8, 2004

PFIZER INC and PARKE-DAVIS,
a division of Warner-Lambert Company,

By their attorneys,

_____
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail on counsel of record for Plaintiff this 8 day of June 2004.

_____
David B. Chaffin

354006.0604

2