UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN -9  P 4:34
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| TEAMSTERS HEALTH & WELFARE )<br>FUND OF PHILADELPHIA AND )<br>VICINITY, individually and on behalf )<br>of itself and the general public, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PFIZER INC. and PARKE-DAVIS, )<br>a division of Warner-Lambert Company, )<br>)<br>Defendants. )<br>) | Civil Action No. 04-10984-PBS |

### ASSENTED TO MOTION FOR ENLARGEMENT
### OF TIME TO RESPOND TO COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants, Pfizer Inc and Parke-Davis, a division of Warner-Lambert Company, respectfully move that the time within which they must answer, move, or otherwise respond to the Class Action Complaint with Jury Demand (the "Complaint") be enlarged to July 12, 2004. The grounds for this motion are:

1. The Complaint is complex and lengthy. It is 78 pages long and contains 213 separately-numbered paragraphs. Causes of action under federal and common law and the consumer protection statutes of all 50 states are alleged. Defendants require additional time in order that they may prepare an adequate response.

2. Plaintiff has assented to this motion.

WHEREFORE, Defendants respectfully request that the time within they must answer, move, or otherwise respond to the Complaint be enlarged to July 12, 2004.

Dated: June 9, 2004

PFIZER INC and PARKE-DAVIS,
a division of Warner-Lambert Company,

By their attorneys,

_____
David B. Chaffin
BBO No. 549245
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

Of Counsel:

Robert B. Fiske, Jr.,
James P. Rouhandeh
James E. Murray
Martine M. Beamon
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

ASSENTED TO:

TEAMSTERS HEALTH & WELFARE FUND
OF PHILADELPHIA AND VICINITY,

By its attorneys,

_____
Max D. Stern
BBO No. 479560
STERN, SHAPIRO, WEISSBERG
 & GARIN LLP
90 Canal Street
Boston, MA 02114
(617) 742-5800

2

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing document was served by mail on counsel of record for Plaintiff this 9th day of June 2004.

_____
David B. Chaffin

354006.0604